

| W. Reed Gusciora | **CITY OF TRENTON** | A. Wesley Bridges |
|---|---|---|
| *Mayor* | DEPARTMENT OF LAW | *Director of Law* |

October 26, 2022

**Via ECF & E-MAIL**
Honorable Douglas Alpert
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      RE:   **Tyshon Edwards v. COT, et al.**
              **Docket No.: 3:20-CV-13552-BRM-DEA**

Dear Judge Alpert:

      Defendant City of Trenton respectfully request an adjournment of the Settlement Conference in the above referenced matter currently scheduled for tomorrow at 9:30 AM in Your Honors chambers. Defendants prosed new date for the Settlement Conference is November 9, 2022. The City of Trenton's request for an adjournment on behalf of defendant Det. Nicholas Mahan is due in part to the unfortunate contraction of COVID 19 by defense counsel J. Brooks DiDonato which naturally will prevent his attendance to tomorrows scheduled Settlement Conference.

      All parties in this matter have agreed to the City's request for an adjournment.. All parties have also agreed to the new proposed date(s) of November 9, 2002. The parties have agreed to an alternate date of November 8, 2022, after 11 AM, if Your Honor is unavailable on November 9, 2022. Additionally, plaintiff's counsels have advised that they are available any day between today and the proposed date of November 9, 2022, except November 3 and 4, 2022. Defendants' counsels will also make every effort to be available at the Your Honor's request for any new proposed dates.

The City Defendants thanks the Court for its courtesies.

Very truly yours,

By:/s/ Rashaan S. Williams
Rashaan S. Williams
ASSISTANT CITY ATTORNEY

cc: John S. Stapleton
LeVan Muhic Stapleton LLC
601 Route 73 N, Suite 303
Marlton, NJ 08053

cc: Charles R. G. Simmons, Esq.
SIMMONS LAW L.L.C.
28 Washington Street, Suite 104
East Orange, New Jersey 07017

cc: J. Brooks DiDonato, Esq.
PARKER McCay P.A.
9000 Midlantic Drive, Suite 300
Mount Laurel, New Jersey  08054