**PARKER McCAY**

Parker McCay P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054-1539

P: 856.596.8900
F: 856.596.9631
www.parkermccay.com

J. Brooks DiDonato, Esquire
P: 856-985-4047
F: 856-494-1715
bdidonato@parkermccay.com

November 29, 2022

File No. 15108-91/JBD

The Honorable Magistrate Douglas E. Arpert
UNITED STATES DISTRICT COURT
US Courthouse/Clarkson S. Fisher Building
402 East State Street
Trenton, NJ 08608

    Re:    **TYSHON EDWARDS v CITY OF TRENTON, ET AL**
                Civil Action:  3:20-cv-13552-ZNQ-DEA

Dear Magistrate Judge Arpert:

    We recently attended a Settlement Conference in the above matter, and at the conclusion of same I represented to the Court and my adversaries that I would determine the remaining amount of my clients' SIR with its excess carrier and report the status of negotiations to it. I prepared and submitted that report and subsequently had a lengthy discussion with the excess carrier's counsel about same. I made counsel aware that we were to respond within two weeks.

    Last week I unexpectedly received a response that the excess carrier was considering a possible declination of coverage based upon the allegations of intentional wrongdoing by the individual officers in the Complaint. I have just written it a letter advising that the matter remains well within the coverage afforded under the policy, as the allegations of intentional wrongdoing by the plaintiffs are aimed at the paperwork done after the arrest, and not the arrest itself. It is my hope that my letter will resolve any issue in regards to Trenton's coverage and that of the officers, but this may cause a slight delay in the time line, which would, obviously, increase if a coverage action becomes necessary.

    I just wanted to make the court and my adversaries aware of this delay. Thank you for your courtesy and consideration in this matter.

                                      Respectfully submitted,

                                      *s/ J. Brooks DiDonato*
                                      J. BROOKS DIDONATO

/de
Cc:    John S. Stapleton, Esq.
        Jeffrey L. Nash, Esq.
        Wesley Bridges, Esq.
        Rashaan S. Williams, Esq.
        Charles R.G. Simmons, Esq.
        Davis Khoury, Esq.
        Marc Board