Charles R.G. Simmons, Esq.*
**SIMMONS LAW L.L.C.**
♦ 28 Washington Street, Suite 104, East Orange, New Jersey 07017 ♦
♦ (973) 866-6284 ♦ csimmons@simmonslaw-llc.com ♦
*Admitted to Practice in N.J. & N.Y.

---

July 17, 2023

**VIA ECF**
The Honorable Douglas E. Arpert
Clarkson S. Fisher Building
U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    **Re:**    **Tyshon Edwards v. City of Trenton, et al.**
             **Civil Action No.: 20-13552-ZNQ-DEA**

Dear Judge Arpert:

    This firm represents the defendant, Michael Tilton, in the above-referenced matter. Currently scheduled for tomorrow, July 18, 2023, is an in-person settlement conference. I recently had a child and have some childcare issues that prohibit me from attending the in-person conference. However, I am available via telephone at (973) 866-6284. I spoke with Mr. Williams, counsel for the City, who informed me that he can provide additional coverage to my client if need be. As such, I respectfully request that I be able to attend the conference via telephone.

    I thank the Court in advance for its consideration and time.

    Should you have any questions, feel free to contact me.

                                             **SIMMONS LAW L.L.C.**

                                             By:_____

                                                Charles R.G. Simmons, Esq.

cc:  Rashaan Williams, Esq.
      J. Brooks DiDonato, Esq.
      John S. Stapleton, Esq.
      Jeffrey Nash, Esq