File No. 15108/JBD
**PARKER McCAY P.A.**
**By:  J. Brooks DiDonato, Esquire**
9000 Midlantic Drive, Suite 300, P.O. Box 5054
Mount Laurel, New Jersey  08054
(856) 596-8900
Bdidonato@parkermccay.com
*Attorney for Defendants, Johnathan Cincilla, Nicholas Mahan, Eric Avalos and Anthony Kubish*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **TYSHON EDWARDS,**<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF TRENTON, MICHAEL TILTON, JOHNATHAN CINCILLA, NICHOLAS MAHAN, ERIC AVALOS, ANTHONY KUBISH, and JOHN DOES 1-8,**<br><br>Defendants. | **HONORABLE ZAHID N. QURAISHI**<br><br>**CIVIL ACTION NO. 3:20-cv-13552-ZNQ-DEA**<br><br>**CIVIL ACTION** |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS, MICHAEL TINTON, JOHNATHAN CINCILLA, NICHOLAS MAHAN, ERIC AVALOS and ANTHONY KUBISH ONLY**

It is hereby stipulated by and between the parties that the above-entitled matter be and hereby is dismissed without Prejudice and without costs as to **DEFENDANTS, MICHAEL TILTON, JOHNATHAN CINCILLA, NICHOLAS MAHAN, ERIC AVALOS and ANTHONY KUBISH ONLY.**

| | |
|---|---|
| **LEVAN STAPLETON SEGAL COCHRAN, LLC**<br>*Attorney for Plaintiff*<br><br>By  /s/ *John S. Stapleton*<br>   JOHN S. STAPLETON | **PARKER McCAY, P.A.**<br>*Attorney for Defendants, Michael Tilton; Johnathon Cincilla, Nicholas Mahan, Eric Avalos, Anthony Kubish*<br><br>By  /s/ *J. Brooks DiDonato*<br>   J. BROOKS DIDONATO |

LAW OFFICE
**Parker McCay P.A.**

1

| | |
|---|---|
| **NASH PEREZ LLC**<br>*Co-Attorney for Plaintiff* | **CITY OF TRENTON LAW**<br>*Attorney for Defendant, City of Trenton* |
| By: */s/ Jeffrey L. Nash*<br>      JEFFREY L. NASH | By: */s/ Rashaan S. Williams*<br>      RASHAAN S. WILLIAMS |
| **SIMMONS LAW, LLC**<br>*Attorney for Defendant, Michael Tilton* | |
| By: */s/ Charles R.G. Simmons*<br>      CHARLES R.G. SIMMONS | |

Dated:  January 26, 2024

LAW OFFICE
**PARKER McCAY P.A.**